Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  16–33220–KCF
Chapter:  13
Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Linda Katherine Anderson
    dba Won Family Community Market &
    Deli LLC, dba Won Family Community
    Marketing LLC
    70 Threadleaf Terrace
    Burlington Township, NJ 08016

Social Security No.:
    xxx–xx–1505

Employer's Tax I.D. No.:

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

on 5/24/17 at 02:00 PM

to consider and act upon the following:

*63* – Objection to (related document:55 Document re: Proposed Order (related document:49 Reaffirmation
Agreement filed by Creditor NJ Lawyers' Fund for Client Protection) filed by Ruby D. Cochran on behalf of NJ
Lawyers' Fund for Client Protection. filed by Creditor NJ Lawyers' Fund for Client Protection) filed by Albert Russo
on behalf of Albert Russo. (Attachments: # 1 Certificate of Service) (Russo, Albert)

Dated: 5/16/17

Jeanne Naughton
Clerk, U.S. Bankruptcy Court