Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                    Case No.: 16−33220−KCF
                    Chapter: 13
                    Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Linda Katherine Anderson
   dba Won Family Community Market &
   Deli LLC, dba Won Family Community
   Marketing LLC
   70 Threadleaf Terrace
   Burlington Township, NJ 08016

Social Security No.:
   xxx−xx−1505

Employer's Tax I.D. No.:

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 5/24/17 at 02:00 PM

to consider and act upon the following:

*63* − Objection to (related document:55 Document re: Proposed Order (related document:49 Reaffirmation Agreement filed by Creditor NJ Lawyers' Fund for Client Protection) filed by Ruby D. Cochran on behalf of NJ Lawyers' Fund for Client Protection. filed by Creditor NJ Lawyers' Fund for Client Protection) filed by Albert Russo on behalf of Albert Russo. (Attachments: # 1 Certificate of Service) (Russo, Albert)

Dated: 5/16/17

                                          Jeanne Naughton
                                          Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Linda Katherine Anderson  
    Debtor

Case No. 16-33220-KCF  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: May 16, 2017  
                    Form ID: ntchrgbk     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2017.  
db         +Linda Katherine Anderson,    70 Threadleaf Terrace,    Burlington Township, NJ 08016-4351

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                            TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2017 at the address(es) listed below:

          Alan P. Fox    on behalf of Creditor    Marmaco Management, LLC afox@capehart.com, bankruptcy@capehart.com  
          Albert Russo    on behalf of Trustee Albert Russo docs@russotrustee.com  
          Albert Russo    docs@russotrustee.com  
          Denise E. Carlon    on behalf of Creditor    JPMORGAN CHASE BANK N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
          Ruby D. Cochran    on behalf of Creditor    NJ Lawyers' Fund for Client Protection ruby.cochran@judiciary.state.nj.us  
          U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                     TOTAL: 6