UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

**Order Filed on May 24, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Linda Katherine Anderson

| | |
|---|---|
| Case No.: | 16-33220 |
| Chapter: | 13 |
| Hearing Date: | May 24, 2017 |
| Judge: | Kathryn C. Ferguson |

### QTF GT 'GP VGT KP I  'RC[  O GP V 'RNCP

The relief set forth on the following pages, numbered two (2) through ___two (2)___ is **ORDERED**.

**DATED: May 24, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Linda Katherine Anderson ("the Debtor") and the New Jersey Fund for Client Protection ("the Fund") having come before the court with a stipulation that there is a $15,107.09 outstanding balance on a debt from the Debtor to the Fund previously determined to be non-dischargeable; and the Debtor and the Fund having come to agreed terms for repayment of that debt; and the Chapter 13 Trustee having consented to the proposed repayment terms; and for good cause appearing;

It is on the 24th day of May, 2017

ORDERED that the Debtor, Linda Katherine Anderson will make payments of $35.00 per month directly to the New Jersey Fund for Client Protection commencing on April 24, 2017; and it is further

ORDERED that the Chapter 13 Trustee will not pay any claim filed by the New Jersey Fund for Client Protection.