UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

**Order Filed on May 24, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Linda Katherine Anderson

| | |
|---|---|
| Case No.: | 16-33220 |
| Chapter: | 13 |
| Hearing Date: | May 24, 2017 |
| Judge: | Kathryn C. Ferguson |

## ORDER ENTERING PAYMENT PLAN

The relief set forth on the following pages, numbered two (2) through __two (2)__ is **ORDERED**.

**DATED: May 24, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Linda Katherine Anderson ("the Debtor") and the New Jersey Fund for Client Protection ("the Fund") having come before the court with a stipulation that there is a $15,107.09 outstanding balance on a debt from the Debtor to the Fund previously determined to be non-dischargeable; and the Debtor and the Fund having come to agreed terms for repayment of that debt; and the Chapter 13 Trustee having consented to the proposed repayment terms; and for good cause appearing;

It is on the 24th day of May, 2017

ORDERED that the Debtor, Linda Katherine Anderson will make payments of $35.00 per month directly to the New Jersey Fund for Client Protection commencing on April 24, 2017; and it is further

ORDERED that the Chapter 13 Trustee will not pay any claim filed by the New Jersey Fund for Client Protection.

United States Bankruptcy Court
District of New Jersey

In re:  
Linda Katherine Anderson  
    Debtor

Case No. 16-33220-KCF  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: May 24, 2017  
                      Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 26, 2017.  
db        +Linda Katherine Anderson,   70 Threadleaf Terrace,   Burlington Township, NJ 08016-4351

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 26, 2017                Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 24, 2017 at the address(es) listed below:  
        Alan P. Fox   on behalf of Creditor   Marmaco Management, LLC afox@capehart.com, bankruptcy@capehart.com  
        Albert Russo   on behalf of Trustee Albert Russo docs@russotrustee.com  
        Albert Russo   docs@russotrustee.com  
        Denise E. Carlon   on behalf of Creditor   JPMORGAN CHASE BANK N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Ruby D. Cochran   on behalf of Creditor   NJ Lawyers' Fund for Client Protection ruby.cochran@judiciary.state.nj.us  
        U.S. Trustee.   USTPRegion03.NE.ECF@usdoj.gov  
    TOTAL: 6