Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16−33220−KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Linda Katherine Anderson
   dba Won Family Community Market &
   Deli LLC, dba Won Family Community
   Marketing LLC
   70 Threadleaf Terrace
   Burlington Township, NJ 08016

Social Security No.:
   xxx−xx−1505

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 12/20/2016 and a confirmation hearing on such Plan has been scheduled for 7/26/2017.

The debtor filed a Modified Plan on 7/10/2017 and a confirmation hearing on the Modified Plan is scheduled for 8/23/2017@10:00 A.M.. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: July 11, 2017
JAN: vpm

Jeanne Naughton
Clerk

```
                            United States Bankruptcy Court
                                 District of New Jersey
In re:                                                                  Case No. 16-33220-KCF
Linda Katherine Anderson                                                Chapter 13
          Debtor
                                     CERTIFICATE OF NOTICE
District/off: 0312-3           User: admin                 Page 1 of 2            Date Rcvd: Jul 11, 2017
                               Form ID: 186                Total Noticed: 27
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 13, 2017.
```
db            +Linda Katherine Anderson,    70 Threadleaf Terrace,    Burlington Township, NJ 08016-4351
516559524     +Capital One,    POB 30285,    Salt Lake City, UT 84130-0285
516613971      Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
516933108     +Chase Auto Finance,    P.O. Box 901003,    Fort Worth, TX 76101-2003
516535003     +Gulshan Panjawani,    1 2nd Street 1712,    Jersey City, NJ 07302-4906
516559518      IRS Ctr.,    Kansas City, MO 64944-000
516559519      Intensive Supervision,    POB 974,    Trenton, NJ 08625-0974
516762382      JPMorgan Chase Bank, N.A.,    National Bankruptcy Dept,    P O Box 901032,
                Ft Worth TX 76101-2032
516694708     +MIDLAND FUNDING LLC,    PO Box 2011,    Warren, MI 48090-2011
516788844     +Marmaco Management LLC,    c/o Alan P. Fox, Esquire,    Capehart & Scatchard, PA,
                8000 Midlantic Drive, Suite 300S,    Mount Laurel, NJ 08054-1543
516676744     +Marmaco Management, LLC,    The Presidential Center/,    Grant Building - Suite 401,
                101 Rt. 130,    Cinnaminson, NJ 08077-2845
516535005      NJ Lawyers Fund For Client Protection,    P.O. Box 961,    Trenton, NJ 08625-0961
516559521     +Penn Federal Credit Union,    POB 1400,    Alexandria, VA 22313-1400
516559523     +Target Card Svcs.,    POB 660170,    Dallas, TX 75266-0170
516559522     +Visa Total,    POB 5229,    Sioux Falls, SD 57117
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jul 11 2017 22:14:28     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 11 2017 22:14:28     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
516762653      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 11 2017 22:17:59
                American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                Oklahoma City, OK 73124-8838
516551506      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 11 2017 22:17:59     First Data Global Leasing,
                by American InfoSource LP as agent,    PO Box 248838,    Oklahoma City, OK 73124-8838
516763172      E-mail/Text: bk.notifications@jpmchase.com Jul 11 2017 22:14:26     JPMorgan Chase Bank, N.A.,
                National Bankruptcy Dept,    P O Box 29505- AZ1-1191,    Phoenix, AZ 85038-9505
516559520     +E-mail/Text: ext_ebn_inbox@navyfederal.org Jul 11 2017 22:14:40     Navy Fed. CU,    POB 3000,
                Merrifield, VA 22119-3000
516565583      E-mail/Text: ext_ebn_inbox@navyfederal.org Jul 11 2017 22:14:40     Navy Federal Credit Union,
                PO Box 3000,    Merrifield, VA 22119-3000
516535004      E-mail/Text: ext_ebn_inbox@navyfederal.org Jul 11 2017 22:14:41     Navy Federal Credit Union,
                PO Box 3100,    Merrifield, VA 22119-3100
516734979      E-mail/Text: bkrgeneric@penfed.org Jul 11 2017 22:14:22     Pentagon Federal Credit Union,
                P.O. Box 1432,    Alexandria, VA 22313
516788548      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 11 2017 22:18:09
                Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.A.,    POB 41067,
                Norfolk VA 23541
516676743     +E-mail/Text: BANKRUPTCY@PAWNEELEASING.COM Jul 11 2017 22:14:39     Pawnee Leasing corporation,
                3801 Automation Way., Ste. 207,    Fort Collins, CO 80525-5735
516743026     +E-mail/PDF: gecsedi@recoverycorp.com Jul 11 2017 22:17:54     Synchrony Bank,
                c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                               TOTAL: 12

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +NJ Lawyers’ Fund for Client Protection,    P.O. Box 961,    Trenton, NJ 08625-0961
                                                                                    TOTALS: 0, * 1, ## 0
```

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2017                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin               Page 2 of 2            Date Rcvd: Jul 11, 2017
                              Form ID: 186              Total Noticed: 27
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 11, 2017 at the address(es) listed below:
              Alan P. Fox    on behalf of Creditor    Marmaco Management, LLC afox@capehart.com,
               bankruptcy@capehart.com
              Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com
              Albert    Russo     docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor     JPMORGAN CHASE BANK N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Ruby D. Cochran    on behalf of Creditor    NJ Lawyers' Fund for Client Protection
               ruby.cochran@judiciary.state.nj.us
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```