Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

          Case No.:  16−33220−KCF
          Chapter:  13
          Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Linda Katherine Anderson
   dba Won Family Community Market &
   Deli LLC, dba Won Family Community
   Marketing LLC
   70 Threadleaf Terrace
   Burlington Township, NJ 08016

Social Security No.:
   xxx−xx−1505

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 7/31/17.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: July 31, 2017
JAN: ckk

                                          Jeanne Naughton
                                          Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Linda Katherine Anderson  
    Debtor

Case No. 16-33220-KCF  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2     Date Rcvd: Jul 31, 2017  
                        Form ID: 148     Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 02, 2017.

```
db              +Linda Katherine Anderson,    70 Threadleaf Terrace,    Burlington Township, NJ 08016-4351
516933108       +Chase Auto Finance,    P.O. Box 901003,    Fort Worth, TX 76101-2003
516535003       +Gulshan Panjawani,    1 2nd Street 1712,    Jersey City, NJ 07302-4906
516559518        IRS Ctr.,    Kansas City, MO  64944-000
516559519        Intensive Supervision,    POB 974,    Trenton, NJ  08625-0974
516762382        JPMorgan Chase Bank, N.A.,    National Bankruptcy Dept,    P O Box 901032,
                  Ft Worth  TX  76101-2032
516694708       +MIDLAND FUNDING LLC,    PO Box 2011,    Warren, MI 48090-2011
516788844       +Marmaco Management LLC,    c/o Alan P. Fox, Esquire,    Capehart & Scatchard, PA,
                  8000 Midlantic Drive, Suite 300S,    Mount Laurel, NJ 08054-1543
516676744       +Marmaco Management, LLC,    The Presidential Center/,    Grant Building - Suite 401,
                  101 Rt. 130,    Cinnaminson, NJ 08077-2845
516535005        NJ Lawyers Fund For Client Protection,    P.O. Box 961,    Trenton, NJ 08625-0961
516559521       +Penn Federal Credit Union,    POB 1400,    Alexandria, VA 22313-1400
516559522       +Visa Total,    POB 5229,    Sioux Falls, SD 57117
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Jul 31 2017 23:24:22     U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 31 2017 23:24:18     United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
516762653        EDI: AIS.COM Jul 31 2017 23:08:00     American InfoSource LP as agent for,    Verizon,
                  PO Box 248838,    Oklahoma City, OK  73124-8838
516559524       +EDI: CAPITALONE.COM Jul 31 2017 23:08:00     Capital One,    POB  30285,
                  Salt Lake City, UT 84130-0285
516613971        EDI: CAPITALONE.COM Jul 31 2017 23:08:00     Capital One Bank (USA), N.A.,    PO Box 71083,
                  Charlotte, NC  28272-1083
516551506        EDI: AIS.COM Jul 31 2017 23:08:00     First Data Global Leasing,
                  by American InfoSource LP as agent,    PO Box 248838,    Oklahoma City, OK  73124-8838
516763172        EDI: CAUT.COM Jul 31 2017 23:08:00     JPMorgan Chase Bank, N.A.,    National Bankruptcy Dept,
                  P O Box 29505- AZ1-1191,    Phoenix, AZ  85038-9505
516559520       +EDI: NFCU.COM Jul 31 2017 23:08:00     Navy Fed. CU,    POB 3000,    Merrifield, VA 22119-3000
516565583        EDI: NFCU.COM Jul 31 2017 23:08:00     Navy Federal Credit Union,    PO Box 3000,
                  Merrifield, VA 22119-3000
516535004        EDI: NFCU.COM Jul 31 2017 23:08:00     Navy Federal Credit Union,    PO Box 3100,
                  Merrifield, VA 22119-3100
516734979        E-mail/Text: bkrgeneric@penfed.org Jul 31 2017 23:23:38     Pentagon Federal Credit Union,
                  P.O. Box 1432,    Alexandria, VA  22313
516788548        EDI: PRA.COM Jul 31 2017 23:08:00     Portfolio Recovery Associates, LLC,
                  c/o Capital One Bank, N.A.,    POB 41067,    Norfolk VA 23541
516676743       +E-mail/Text: BANKRUPTCY@PAWNEELEASING.COM Jul 31 2017 23:25:26     Pawnee Leasing corporation,
                  3801 Automation Way., Ste. 207,    Fort Collins, CO 80525-5735
516743026       +EDI: RMSC.COM Jul 31 2017 23:08:00     Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                  PO Box 41021,    Norfolk, VA 23541-1021
516559523       +EDI: WTRRNBANK.COM Jul 31 2017 23:08:00     Target Card Svcs.,    POB 660170,
                  Dallas, TX 75266-0170
                                                                                              TOTAL: 15
```

```
                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +NJ Lawyers' Fund for Client Protection,    P.O. Box 961,    Trenton, NJ 08625-0961
                                                                                              TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2017                              Signature:   /s/Joseph Speetjens

```
District/off: 0312-3          User: admin              Page 2 of 2           Date Rcvd: Jul 31, 2017
                              Form ID: 148             Total Noticed: 27
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 31, 2017 at the address(es) listed below:
              Alan P. Fox    on behalf of Creditor    Marmaco Management, LLC afox@capehart.com,
               bankruptcy@capehart.com
              Albert    Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Albert    Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    JPMORGAN CHASE BANK N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Ruby D. Cochran    on behalf of Creditor    NJ Lawyers' Fund for Client Protection
               ruby.cochran@judiciary.state.nj.us
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```