Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.:  16−33220−KCF
        Chapter:  13
        Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Linda Katherine Anderson
   dba Won Family Community Market &
   Deli LLC, dba Won Family Community
   Marketing LLC
   70 Threadleaf Terrace
   Burlington Township, NJ 08016

Social Security No.:
   xxx−xx−1505

Employer's Tax I.D. No.:

**FINAL DECREE**

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>November 3, 2017</u>
                              <u>Kathryn C. Ferguson</u>
                              Judge, United States Bankruptcy Court